UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Mark Pitzele, trustee for the next of kin of Sefra J. Pitzele, decedent,

Plaintiff,

v.

JOHNSON & JOHNSON and JANSSEN PHARMACEUTICA, INC.,

Defendants.

Civil Action No. 01-CV-224 PAM/JGL

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint, or a shortening of this extension should any party request it.

FILED ... 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP**

James S. Reece

Lawrence Zelle (#119878)
James S. Reece (#90037)
33 South Sixth Street
Suite 4400-City Center
Minneapolis, MN 55402
Telephone: (612) 339-2020

**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

Sonia Miller-Van Oort

Joseph M. Price, (# 88201)
Sonia Miller-Van Oort, (#278087)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

**Attorneys for Defendant**

SO ORDERED:

Jonathan G. Lebedoff
United States Magistrate Judge

M2:20372868.01