A CERTIFIED TRUE COPY

APR - 4 2001

ATTEST

FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 10 A 10:25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 19 2001

FILED
CLERK'S OFFICE

***DOCKET NO. 1355*** SECT. L MAG. 3

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PROPULSID PRODUCTS LIABILITY LITIGATION*

01-0950

*Pitzele, etc. v. Janssen Pharmaceutica, Inc., et al.*, D. Minnesota, C.A. No. 0:01-224 01-0951

~~*Thibeault, etc. v. Johnson & Johnson Co., et al.*, D. New Hampshire, C.A. No. 1:01-59~~

~~*Jackson, et al. v. Johnson & Johnson, Inc., et al.*, W.D. Tennessee, C.A. No. 2:01-2113~~ opposed 4-3-01

*Kilgore v. Johnson & Johnson, et al.*, W.D. Virginia, C.A. No. 2:01-20 01-0952

## *CONDITIONAL TRANSFER ORDER (CTO-10)*

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 60 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears from the pleadings filed in the above-captioned actions that they involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the above-captioned actions are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 4 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY

APR 1 6 2001

New Orleans, LA

FILED
DEPUTY CLERK'S INITIALS

Doc.No.

4